IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARYL FITZGERALD MILEY, #158294, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   CIVIL ACTION NO. 2:05cv217-MHT ) (WO) |
| PRISON HEALTH SERVICES, INC., et al., | ) ) ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this date adopting the recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that this case is DISMISSED without prejudice for plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

Done this 16th day of February, 2006.

                                                   /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE